# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 31, 2024

## NO. 03-22-00504-CR

**Jonathan Dwight Fillmore, Appellant**

**v.**

**The State of Texas, Appellee**

### APPEAL FROM THE 207TH DISTRICT COURT OF COMAL COUNTY
### BEFORE JUSTICES BAKER, KELLY, AND SMITH
### MODIFIED AND, AS MODIFIED, AFFIRMED -- OPINION BY JUSTICE KELLY

This is an appeal from the judgments of conviction entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no error in the court's judgments requiring reversal. However, there was error in the judgments and sentences for Counts I and II that requires correction. Therefore, the Court modifies the trial court's judgments for Counts I and II to reflect that the assessments of court costs for those two counts is $0.00. The Court also modifies the clerk's record Bill of Cost to include the statement that "The total assessed for court costs in this case is $290.00." The judgments for Counts I and II, as modified, are affirmed, and the judgment for Count III is affirmed as it stands. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.